IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00294-RPM

STEVE ANDERS,

      Plaintiff,

v.

CITY OF ARVADA,
DON WICK,
ERIC STRASHEIM, and
LEE PINOVER,

      Defendants.

---

### ORDER APPROVING PROTECTIVE ORDER

---

Pursuant to the scheduling conference today, it is

ORDERED that the Stipulated Protective Order tendered on June 23, 2011, is approved by the Court.

Dated: June 30th, 2011

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00294-RPM

STEVE ANDERS,

    Plaintiffs,

v.

CITY OF ARVADA,
DON WICK, in his personal capacity,
ERIC STRASHEIM, in his personal capacity, and
LEE PINOVER, in his personal capacity,

    Defendants.

## STIPULATED PROTECTIVE ORDER

1. Both Plaintiff and Defendants agree that the allegations in this case involve sensitive and personal information of Plaintiff, Defendants, current Arvada employees, and former Arvada employees.

2. Both Plaintiff and Defendants agree that the sensitive and personal information may take many forms including government records, personnel files, audio files, criminal records, etc.

3. Both Plaintiff and Defendants agree that in an effort to provide full access to any potentially discoverable information, this document will protect any sensitive and personal information that may be exchanged by the parties.

4. **Information to be Protected:** The following is provided by way of example and not intended to be exhaustive: Home addresses, home and cellular phone numbers, social security numbers, disciplinary records, dates of birth, personal e-mail addresses, medical history, and any other personally identifiable information.

5. **Protecting of Information:** Both Plaintiff and Defendants agree that they will protect any confidential (sensitive and personal) information provided during the discovery process. A party may object to the designation of particular confidential information by giving written notice to the party designating the disputed information. The written notice shall identify the information which the objection is made. If the parties cannot resolve the objection within ten business days after the time the notice is received, it shall be the obligation of the party designating the information as confidential or sensitive and personal to file an appropriate motion requesting that the Court determine whether the disputed information should be subject to the terms of this Protective Order. If such a motion is timely filed, the disputed information shall be treated as Confidential under the terms of this Protective Order until the Court rules on the motion. If the designating party fails to file such a motion within the prescribed time, the disputed information shall lose its designation as Confidential and shall not be treated as Confidential in accordance with this Protective Order. In connection with a motion filed under this provision, the party designating the information as Confidential shall bear the burden of establishing that good cause exists for the disputed information to be treated as Confidential. If either party wishes to use, quote, or discuss Confidential Information in any court filing or proceeding in this action, including

- 3 -

but not limited to its use at trial, the party proposing such use shall first confer with opposing counsel regarding the proposed disclosure. Should either party determine the Confidential Information may not be used, quoted or discussed as proposed by the party proposing such disclosure then the party opposing such use shall proceed in accordance with the provisions in this protective order.

6. **Sharing of Information:** Both Plaintiff and Defendants agree to only share sensitive and personal information received during the discovery process with clients, co-counsel, experts, and members of the litigation team. Both Plaintiff and Defendants agree that clients, co-counsel, experts, and members of the litigation team will not share the sensitive and personal information with anyone else.

7. **Objections Preserved:** Nothing in this Agreed Protective Order shall require the disclosure of information, testimony, documents, or things that are otherwise not subject to production, are privileged, or constitute work product. Nothing in this Agreed Protective Order shall prejudice any objections that any party might have regarding the production of any information, testimony, or documents. Further, nothing in this Agreed Protective Order shall be construed as an agreement that anything deemed sensitive and personal shall be excluded from evidence in this lawsuit.

8. **Survival:** The provisions of this Agreed Protective Order shall survive the conclusion of this lawsuit and any appellate proceedings, and shall continue to be binding on all parties. Should disputes as to the disclosure, access, use, or dissemination of matters

deemed sensitive and personal arise after the conclusion of this case, those disputes shall be resolved in a court of competent jurisdiction.

**COUNSEL FOR PLAINTIFF:**

/s.                                                                                       **June 16, 2011**

Joseph A. Salazar, Esq.                                                  Date
The Salazar Consultant Group, LLC
3842 E. 127th Lane
Thornton, Colorado 80241

**COUNSEL FOR DEFENDANTS:**

/s.                                                                                       **June 16, 2011**

Roberto Ramírez                                                           DATE
Senior Assistant City Attorney
City of Arvada
8101 Ralston Road
Arvada, CO 80002

---

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2011, I electronically filed parties Stipulated Protective Order with the Clerk of Court using the CM/ECF system which will serve:

jsalazarlaw@hotmail.com
Joseph A. Salazar, Esq.
The Salazar Consultant Group, LLC
3842 E. 127th Lane
Thornton, Colorado 80241

*s/ Toni Riebschlager*
Toni Riebschlager
Litigation Support Specialist