**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                June 30, 2011
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-00294-RPM

| | |
|---|---|
| STEVE ANDERS, | Joseph A. Salazar |
| Plaintiff, | |
| v. | |
| CITY OF ARVADA, | Roberto Ramirez |
| DON WICK, in his personal capacity, | |
| ERIC STRASHEIM, in his personal capacity and | |
| LEE PINOVER, in his personal capacity, | |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**10:27 a.m.**     **Court in session.**

**ORDERED:**   **Stipulated Protective Order will be approved by entry of a separate order.
Order to Comply with D.C.Colo.LCiv.R. 7.2 will enter.**

Discussion regarding case facts, *Brady* letter, Administrative and EEOC proceedings.

**ORDERED:**   **State law claims dismissed pursuant to parties stipulation to dismiss filed June 7, 2011 [8].**

**Counsel agree to permit the filing of an amended complaint to add plaintiff's retaliation claim and to submit a revised proposed scheduling order indicating that defendant is not required to file a separate response to the amended complaint.**

Mr. Salazar agrees to reconsider plaintiff's freedom of speech claim.
Mr. Ramirez states he intends to obtain a transcript of the administrative proceeding.

**ORDERED:**   **Amended complaint and revised proposed scheduling order due by July 20, 2011.**

**10:52 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 25 min.