IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00294-RPM

STEVE ANDERS,

    Plaintiff,

v.

CITY OF ARVADA,
DON WICK,
ERIC STRASHEIM, and
LEE PINOVER,

    Defendants.

_____

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

_____

    The Court has signed a Protective Order for the confidentiality of certain information in

this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in

court filings.  It is

    ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to

any information to be submitted under seal based on the Protective Order.

    Dated: June 23rd, 2011

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
        .                               Richard P. Matsch, Senior District Judge