IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00294-RPM

STEVE ANDERS,

    Plaintiff,

v.

CITY OF ARVADA,
DON WICK,
ERIC STRASHEIM, and
LEE PINOVER,

    Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation of Dismissal of All Defendants with Prejudice [15] filed October 12, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated: October 12, 2011

                                            BY THE COURT:

                                            s/Richard P. Matsch

    .                                      Richard P. Matsch, Senior District Judge